UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUIS T. AGE, III | CIVIL ACTION |
| VERSUS | NO: 07-9265-KDE-SS |
| ALLSTATE INSURANCE COMPANY | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendant, Allstate Insurance Company, for sanctions (Rec. doc. 15) is GRANTED and that, pursuant to Fed. R. Civ. P. 41(b), the complaint of the plaintiff, Louis T. Age, III, is dismissed with prejudice for failure to prosecute and to comply with discovery orders.

New Orleans, Louisiana, this 5th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE